Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Jackson Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 23 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Clifton Wallace
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

M.T.C. ET.AL
Wardens Wilson, Derrick Smith
Captain Singletch
C.I.D. Mack
Sergeant J. McNamee
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-666-DPJ-ASH
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Clifton Wallace
All other names by which you have been known: Bam
ID Number: 123074
Current Institution Address: W.9.C.F 1650 hwy 492, Walnut grove, MS 39189

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Mack, D. marshell
Job or Title (if known): C.I.D.
Shield Number: 3855, 8013
Employer: M.T.C.
Address: Meridian, MS 39307
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: Singleton
Job or Title (if known): Captain
Shield Number:
Employer: M.T.C.
Address: Meridian, MS 39307
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
- Name: Wilson, Derrick Smith
- Job or Title (if known): Wardens
- Shield Number:
- Employer: M.T.C.
- Address: E.M.C.F
  Meridian, MS 39307
  City / State / Zip Code
- [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name: J. McNamee
- Job or Title (if known): Sergeant with C.I.D
- Shield Number:
- Employer: M.T.C
- Address: E.M.C.F
  Meridian, MS 39307
  City / State / Zip Code
- [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th amendment  8th amendment

Deliberate indifference was taken against me, my everyday daily living in prison were restricted I was balled down and placed in the S.M.U. moved to a maximum security facility.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The living area in which I was housed/zone shower never turned off mold growing all over the walls the Inmates were agressive and dangerous

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant derelicted their duty in neglecting my safety putting my life in danger by telling the other inmates I caused a shake down and placing me back in that zone after being in the Seg unit without proper detention notice or R.V.R. issued.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The entire time I was at E.M.C.F. The Staff were capacious towards me and ambiguous in how they handled my safety and well being this all occured within the confines of E.M.C.F.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 7-2-24 I was placed in intake lockdown C.I.D. telling me that I'm a victim of P.R.E.A. Then threatened me with searching my living quarters and zone I lived on telling all the Inmates it was my fault. Dude put back on the zone a few days later I was issued 4 R.V.R.s on 7-16-24 and moved to W.G.C.F. on 7-23-24. I beat the R.V.R.s that could hold me in the S.M.U.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Captain Singleton, and C.I.D. Mack took all my belongings locked me in segregation. Shook down the zone told all them Inmates it was my fault put me back in that same zone brought me 4 R.V.R.s in which got me moved off the compound and to W.G.C.F. to the S.M.U. specifically designed for Assaults and S.T.G. activity. Both C category R.V.R.s were dismissed. I never had a custody hearing and no detention notice was served on me under MDOC policy only 20 days can be given Pun/Seg time for each offense I've been here since 7-23-24

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've sustained Mental, Anguish, pain and suffering from having my life placed in danger by the staff being treated to 23/1 Admin/Seg having to endure more than 5 days at a time lockdown being deprived of all my property not being able to contact my family via phone placed on restriction for nothing and not being able to exercise daily.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To be Restored to my custody status, to have reprimands placed on all staff for their malicious intent to have me harmed physically, for their abuse of power in having me harmed mentally, I'm asking in the amount of $15000 per individual for Dereliction of Duty and for a deliberate indifference. Causing a disruption of my daily prison living subjecting me to harsh living conditions cruel and unusual.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

E.M.C.I.F. yet I wasn't able to use the A.R.P. process until being moved to W.G.C.I.F.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

It covered all my claims I filed my A.R.P. and am taking it to this step guarenteed by law.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I Filed the grievance at Walnut Grove Correctional Facility

2. What did you claim in your grievance?

Being lockedown unjustly, being placed in danger by the staff at E.M.C.F. by telling the Inmates it was my fault for a shakedown, being moved to a Maximum security facility and being housed in a unit similarly designed for C-5, C-8 assaultive and S.T.G. Activity

3. What was the result, if any? N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Still haven't heard anything back yet from my ARP

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff  
Printed Name of Plaintiff  
Prison Identification #  
Prison Address  

_City_     _State_     _Zip Code_

B. **For Attorneys**

Date of signing:

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Address  

_City_     _State_     _Zip Code_

Telephone Number  
E-mail Address